C. DRUCKLIEB, INC., v. J. EARLY WOOD, INC.—Application denied, with

ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.